IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON GRAY,

        Plaintiff,                No. CIV S-05-2563 DFL DAD P

    vs.

OFFICER McKENZIE, et al.,

        Defendants.        <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        By an order filed on January 24, 2006, this court directed the United States Marshal to notify defendant Officer Landeros of the commencement of this action. On February 10, 2006, the Marshal returned a waiver of service of summons form signed by Charlene Landeros on February 2, 2006. Pursuant to the waiver, defendant Landeros was required to file either her answer to plaintiff's complaint or a motion under Rule 12 within 60 days after January 31, 2006. The waiver provides that a judgment may be entered against defendant Landeros if she fails to file her answer or a Rule 12 motion within 60 days after January 31, 2006.

        More than 60 days have passed since January 31, 2006, and defendant Landeros has not filed an answer to plaintiff's complaint, a Rule 12 motion, or a request for an extension of time to file an answer or a Rule 12 motion.

/////

1

IT IS ORDERED that:

1. Defendant Officer Charlene Landeros shall show cause, within twenty days from the date of this order, why the Clerk should not enter defendant's default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and

2. The Clerk of the Court shall serve a copy of this order on defendant Officer Charlene Landeros, Glenn County Jail, 141 South Lassen, Willows, California 95988.

DATED: May 30, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gray2563.77d