IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON GRAY,

        Plaintiff,                         No. CIV S-05-2563 DFL DAD P

    vs.

OFFICER McKENZIE, et al.,

        Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        A recent court order served on plaintiff at his address of record was returned as undeliverable by the postal service. The envelope was marked "Return to Sender - Addressee no longer here." It appears that plaintiff has failed to comply with Local Rule 83-182(f), which provides that a party appearing in propria persona is under a continuing duty to notify the court of any change of address. The rule further provides that absent such notice, service of documents at the prior address of the party shall be fully effective.

        IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gray2563.33a