IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON GRAY,

    Plaintiff,                    No. CIV S-05-2563 DFL DAD P

    vs.

OFFICER McKENZIE, et al.,

    Defendants.               <u>ORDER</u>

          Defendant Landeros has responded to the order to show cause filed May 30, 2006, and has filed her answer to plaintiff's complaint. Good cause appearing, IT IS ORDERED that:

          1. The court's May 30, 2006 order to show cause is discharged; and

          2. Defendant Landeros' answer filed June 12, 2006, is deemed a timely response to plaintiff's complaint.

DATED: June 19, 2006.

                                                /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:13
gray2563.dch