IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON GRAY,

      Plaintiff,                    No. CIV S-05-2563 DFL DAD P

    vs.

OFFICER McKENZIE, et al.,

      Defendants.           ORDER

_____/

        In findings and recommendations filed on June 13, 2006, the undersigned has recommended that this action be dismissed for plaintiff's failure to keep the court apprised of his current address. The findings and recommendations have been submitted to the district judge assigned to the case. Plaintiff has filed nothing since January 27, 2006, and all orders served on plaintiff since that date have been returned to the court marked "Addressee no longer here." Under these circumstances, it is inappropriate to entertain the motion for summary judgment filed by defendant Landeros on August 29, 2006. The motion will be denied without prejudice to reinstatement if this action is not dismissed pursuant to the June 13, 2006 findings and recommendations.

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that defendant Landeros' August 29,
2   2006 motion for summary judgment is denied without prejudice.
3   DATED: October 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gray2563.msjd